UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

METZLER INVESTMENT GMBH AND
METZLER IRELAND LTD.,

        Plaintiffs,

   -against-

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO,

        Defendants.

No. 07 CIV 7803

JURY TRIAL DEMANDED



RECEIVED
SEP 0 4 2007
U.S.D.C. S.D. N.Y.
CASHIERS

---

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Metzler Investment GmbH ("MIG") and Metzler Ireland Ltd. ("MIL") certifies that (1) MIG and MIL are wholly owned by B. Metzler seel. Sohn & Co. Holding AG, whose entire capital is held by the Metzler family; and (2) there is no publicly-held corporation that owns more than 10% of MIG or MIL.

The undersigned, counsel of record for MIG and MIL, certifies that they are not aware of any interested parties other than those participating in the case.

Dated:  New York, NY
        September 4, 2007

**GRANT & EISENHOFER P.A.**

By: _____/s/ James Sabella_____
Stuart M. Grant (SG-8157)
James J. Sabella (JS-5454)
Diane Zilka (DZ-9452)
Christine M. Mackintosh
485 Lexington Avenue
29th Floor
New York, NY  10017
(646) 722-8500

**DIAZ REUS ROLFF & TARG LLP**
Alexander Reus (AR-4674)
100 SE Second Street, Suite 2610
Miami, Florida 33131
Telephone:  (786) 235-5000
Facsimile:  (786) 235-5005

*Attorneys for Plaintiff*