UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE VIVENDI UNIVERSAL, S.A. SECURITIES
LITIGATION

This Memorandum of Law relates to:

ALL ACTIONS CONSOLIDATED
WITH IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

02 Civ. 5571 (RJH/HBP)
ECF CASE

## NOTICE OF MOTION OF DEFENDANTS FOR
## PARTIAL SUMMARY JUDGMENT AGAINST ALL PLAINTIFFS

PLEASE TAKE NOTICE that, upon the Memorandum of Law dated August 15,

2008, the Declaration of Jessica R. Buturla, executed on August 15, 2008, with exhibits thereto,

the Statement Pursuant to Civil Rule 56.1 and all prior pleadings and proceedings herein,

Defendants Vivendi, S.A., Universal Studios, Inc., Jean-Marie Messier and Guillaume Hannezo

hereby move this Court, before Judge Richard J. Holwell, at the Courthouse, 500 Pearl Street,

New York, New York, for partial summary judgment pursuant to Fed. R. Civ. P. on certain

claims brought by the above-captioned Plaintiffs under Sections 11 and 12(a)(2) of the Securities

Act of 1933, Section 10(b) of the Securities and Exchange Act of 1934, and Rule 10b-5

promulgated thereunder, Section 18 of the Securities and Exchange Act of 1934, as well as

claims for common law fraud and negligent misrepresentation, as set forth in more detail in the

accompanying memorandum of law; and granting such other and further relief as the Court deems just and proper.

August 15, 2008.

CRAVATH, SWAINE & MOORE LLP,

by ___*Paul C. Saunders*___

Paul C. Saunders
Daniel Slifkin
Timothy G. Cameron
Members of the Firm

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
psaunders@cravath.com

*Attorneys for Defendants Vivendi, S.A.*
*and Universal Studios, Inc.*

WEIL GOTSHAL & MANGES LLP

James W. Quinn
Jonathan D. Polkes
Penny P. Reid

767 Fifth Avenue
New York, NY 10153
(212) 310-8000
james.quinn@weil.com

*Attorneys for Defendants Vivendi, S.A.*
*and Universal Studios, Inc.*

KING & SPALDING LLP

> Michael J. Malone
> Paul A. Straus
> Lisa Albert
>
> 1185 Avenue of the Americas
> New York, NY 10036
> (212) 556-2136
> pstraus@kslaw.com

> *Attorneys for Defendant Jean-Marie Messier*

SCHULTE ROTH & ZABEL LLP

> Martin L. Perschetz
> Michael E. Schwartz
> Einat Philip
>
> 919 Third Avenue
> New York, NY 10022
> (212) 756-2247
> martin.perschetz@srz.com

> *Attorneys for Defendant Guillaume Hannezo*

TO:

Michael Gluck, Esq.
Michael C. Spencer, Esq.
   Milberg Weiss LLP
      One Pennsylvania Plaza, 49th Floor
         New York, NY 10119

*Co-lead Counsel for Class Action Plaintiffs in No. 02 Civ. 5571*

Stephen T. Rodd, Esq.
Richard B. Margolies, Esq.
   Abbey Spanier Rodd & Abrams, LLP
     212 East 39th Street
       New York, NY 10016

*Co-lead Counsel for Class Action Plaintiffs in No. 02 Civ. 5571*

Brian C. Kerr, Esq.
   Dreier LLP
     499 Park Avenue
       New York, NY 10022

*Attorney for Class Action Plaintiff and Class Representative Miami Beach in No. 02 Civ. 5571*

Paul F. Enzinna, Esq.
   Baker Botts LLP
     1299 Pennsylvania Avenue, N.W.
       Washington, DC 20004

*Attorneys for Liberty Media Plaintiffs in No. 03 Civ. 2175*

Vincent R. Cappucci, Esq.
   Entwistle & Cappucci LLP
     280 Park Avenue
      26th Floor West
       New York, NY 10017

*Attorneys for Plaintiff GAMCO Investors, Inc. in No. 03 Civ. 5911*

Diane Zilka, Esq.
   Grant & Eisenhofer P.A.
     Chase Manhattan Centre
      1201 North Market Street
       Wilmington, DE 19801

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 7370, 07 Civ. 7779, 07 Civ. 7778, 07 Civ. 7776, 07 Civ. 7775, 07 Civ. 7803, 07 Civ. 7863, 07 Civ. 8208, 07 Civ. 953, 07 Civ. 11485, 08 Civ. 0024, 08 Civ. 0116, 08 Civ. 0117, 08 Civ. 1938, 08 Civ. 01985*

Anthony J. Harwood, Esq.
    Labaton Sucharow LLP
       140 Broadway
          New York, NY 10005

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 5742, 07 Civ. 10995, 07 Civ. 11305, 07 Civ. 11483, 07 Civ. 11484, 08 Civ. 0418*

Michael Elsner, Esq.
    Motley Rice LLC
       28 Bridgeside Boulevard
          Mount Pleasant, SC 29464

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8830, 07 Civ. 10578, 07 Civ. 10954, 07 Civ. 11628, 08 Civ. 0950, 08 Civ. 1111, 08 Civ. 01983*

Stuart L. Berman, Esq.
    Schiffrin Barroway Topaz & Kessler, LLP
       280 King of Prussia Road
          Radnor, PA 19087

*Attorneys for Individual Plaintiffs in Nos. 07 Civ. 8156, 07 Civ.  9929, 07 Civ. 11092, 08 Civ. 1973, 08 Civ. 1974, 08 Civ. 1975*